1 | BRAD D. BRIAN (SBN 079001)
     brad.brian@mto.com
2 | GREGORY D. PHILLIPS (SBN 118151)
     gregory.phillips@mto.com
3 | STUART N. SENATOR (State Bar No. 148009)
     stuart.senator@mto.com
4 | MUNGER, TOLLES & OLSON LLP
    355 South Grand Avenue
5 | Los Angeles, CA  90071-1560
    Telephone:    (213) 683-9100
6 | Facsimile:     (213) 687-3702

7 | ROHIT K. SINGLA (SBN 213057)
     rohit.singla@mto.com
8 | MUNGER, TOLLES & OLSON LLP
    560 Mission Street
9 | San Francisco, CA 94105-2907
    Telephone:    (415) 512-4000
10 | Facsimile:     (415) 512-4077

11 | Attorneys for Defendant
     SULLIVAN & CROMWELL LLP

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARLENE HOPKINS, Individually and as Wrongful Death Heir, and as Successor-in-Interest to NORMAN HOPKINS, JR., Deceased; and MICHELLE HOPKINS, and MICHAEL HOPKINS, as Legal Heirs of NORMAN HOPKINS, Deceased, and THE FLINTKOTE COMPANY, THE OFFICIAL COMMITTEE OF THE ASBESTOS PERSONAL INJURY CLAIMANTS, and JAMES J. MCMONAGLE as the LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS,<br><br>                    Plaintiffs,<br>        vs.<br>PLANT INSULATION COMPANY; UNIROYAL HOLDING, INC.; IMPERIAL TOBACCO CANADA LIMITED; SULLIVAN & CROMWELL LLP; and DOES 1 through 100,<br>                    Defendants. | CASE NO.  C06-3051-MHP<br><br>**STIPULATION TO EXTEND SULLIVAN & CROMWELL LLP'S TIME TO RESPOND TO THE COMPLAINT** |

1 | IT IS HEREBY STIPULATED by and between the below-listed parties to this action, through their designated counsel, that defendant Sullivan & Cromwell LLP's time within which to respond to the First Amended Complaint ("Complaint") in this litigation is extended to May 30, 2006.

DATED: May 12, 2006

MUNGER, TOLLES & OLSON LLP

By: _____/s/_____
ROHIT K. SINGLA

Attorneys for Defendant
SULLIVAN & CROMWELL LLP

SNYDER, MILLER & ORTON, LLP

_____/s/_____
PETER P. MERINGOLO

Attorneys For Plaintiffs
THE FLINTKOTE COMPANY, THE OFFICIAL COMMITTEE OF THE ASBESTOS PERSONAL INJURY CLAIMANTS, and JAMES J. MCMONAGLE as the LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS

**CERTIFICATION**

I, Rohit K. Singla, am the ECF User whose identification and password are being used to file this Stipulation to Extend Sullivan & Cromwell LLP's Time to Respond to the Complaint. In compliance with General Order 45.X.B, I hereby attest that Peter P. Meringolo has concurred in this filing.

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA