| | |
|---|---|
| 1 | BRAD D. BRIAN (SBN 079001) |
|  | brad.brian@mto.com |
| 2 | GREGORY D. PHILLIPS (SBN 118151) |
|  | gregory.phillips@mto.com |
| 3 | STUART N. SENATOR (State Bar No. 148009) |
|  | stuart.senator@mto.com |
| 4 | MUNGER, TOLLES & OLSON LLP |
|  | 355 South Grand Avenue |
| 5 | Los Angeles, CA 90071-1560 |
|  | Telephone:  (213) 683-9100 |
| 6 | Facsimile:  (213) 687-3702 |
| 7 | ROHIT K. SINGLA (SBN 213057) |
|  | rohit.singla@mto.com |
| 8 | MUNGER, TOLLES & OLSON LLP |
|  | 560 Mission Street |
| 9 | San Francisco, CA 94105-2907 |
|  | Telephone:  (415) 512-4000 |
| 10 | Facsimile:  (415) 512-4077 |
| 11 | Attorneys for Defendant |
|  | SULLIVAN & CROMWELL LLP |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARLENE HOPKINS, Individually and as Wrongful Death Heir, and as Successor-in-Interest to NORMAN HOPKINS, JR., Deceased; and MICHELLE HOPKINS, and MICHAEL HOPKINS, as Legal Heirs of NORMAN HOPKINS, Deceased, and THE FLINTKOTE COMPANY, THE OFFICIAL COMMITTEE OF THE ASBESTOS PERSONAL INJURY CLAIMANTS, and JAMES J. MCMONAGLE as the LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS, | CASE NO. C06-3051-MHP |
| Plaintiffs, | **SECOND STIPULATION TO EXTEND SULLIVAN & CROMWELL LLP'S TIME TO RESPOND TO THE COMPLAINT** |
| vs. | |
| PLANT INSULATION COMPANY; UNIROYAL HOLDING, INC.; IMPERIAL TOBACCO CANADA LIMITED; SULLIVAN & CROMWELL LLP; and DOES 1 through 100, | |
| Defendants. | |

1185763.1

SECOND STIPULATION TO EXTEND TIME
CASE NO. C06-3051 MHP

In light of the pending motion to remand and motion to stay or transfer, the parties HEREBY STIPULATE to further extend Sullivan & Cromwell LLP's time to respond to the First Amended Complaint in this litigation until and including June 30, 2006.

DATED: May 24, 2006

MUNGER, TOLLES & OLSON LLP

By: _____/s/_____
ROHIT K. SINGLA

Attorneys for Defendant
SULLIVAN & CROMWELL LLP

SNYDER, MILLER & ORTON, LLP

By: _____/s/_____
PETER MERINGOLO

Attorneys For Plaintiffs
THE FLINTKOTE COMPANY, THE OFFICIAL COMMITTEE OF THE ASBESTOS PERSONAL INJURY CLAIMANTS, and JAMES J. MCMONAGLE as the LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS

**CERTIFICATION**

I, Rohit K. Singla, am the ECF User whose identification and password are being used to file this Second Stipulation to Extend Sullivan & Cromwell LLP's Time to Respond to the Complaint. In compliance with General Order 45.X.B., I hereby attest that Peter Meringolo has concurred in this filing.

May 26, 2006

IT IS SO ORDERED
Judge Marilyn H. Patel