BRAD D. BRIAN (SBN 079001)
brad.brian@mto.com
GREGORY D. PHILLIPS (SBN 118151)
gregory.phillips@mto.com
STUART N. SENATOR (State Bar No. 148009)
stuart.senator@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

ROHIT K. SINGLA (SBN 213057)
rohit.singla@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Defendant
SULLIVAN & CROMWELL LLP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARLENE HOPKINS, Individually and as Wrongful Death Heir, and as Successor-in-Interest to NORMAN HOPKINS, JR., Deceased; and MICHELLE HOPKINS, and MICHAEL HOPKINS, as Legal Heirs of NORMAN HOPKINS, Deceased, and THE FLINTKOTE COMPANY, THE OFFICIAL COMMITTEE OF THE ASBESTOS PERSONAL INJURY CLAIMANTS, and JAMES J. MCMONAGLE as the LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS,<br><br>Plaintiffs,<br><br>vs.<br><br>PLANT INSULATION COMPANY; UNIROYAL HOLDING, INC.; IMPERIAL TOBACCO CANADA LIMITED; SULLIVAN & CROMWELL LLP; and DOES 1 through 100,<br><br>Defendants. | CASE NO. C06-3051-MHP<br><br>**THIRD STIPULATION TO EXTEND SULLIVAN & CROMWELL LLP'S TIME TO RESPOND TO THE COMPLAINT** |

In light of the pending motion to remand and motion to stay or transfer, the parties HEREBY STIPULATE to further extend Sullivan & Cromwell LLP's time to respond to the First Amended Complaint in this litigation until and including July 28, 2006.

DATED: June 27, 2006

MUNGER, TOLLES & OLSON LLP

By: /s/
ROHIT K. SINGLA

Attorneys for Defendant
SULLIVAN & CROMWELL LLP

SNYDER, MILLER & ORTON, LLP

By: /s/
PETER MERINGOLO

Attorneys For Plaintiffs
THE FLINTKOTE COMPANY, THE OFFICIAL COMMITTEE OF THE ASBESTOS PERSONAL INJURY CLAIMANTS, and JAMES J. MCMONAGLE as the LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS

### CERTIFICATION

I, Rohit K. Singla, am the ECF User whose identification and password are being used to file this Third Stipulation to Extend Sullivan & Cromwell LLP's Time to Respond to the Complaint. In compliance with General Order 45.X.B., I hereby attest that Peter Meringolo has concurred in this filing.

June 28, 2006

IT IS SO ORDERED
Judge Marilyn H. Patel

1193316.1                                    - 1 -                    THIRD STIPULATION TO EXTEND TIME
                                                                      CASE NO. C06-3051 MHP